# IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON GING,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
ELLIOTT A. SATTLER, DISTRICT
JUDGE,
Respondents,
and
RENO PROJECT MANAGEMENT, LLC,
A NEVADA LIMITED LIABILITY
COMPANY,
Real Party in Interest.

No. 72361

**FILED**

MAR 16 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF PROHIBITION OR MANDAMUS*

This is an original petition for a writ of prohibition or mandamus challenging a district court order denying a motion to dismiss an unlawful detainer action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, but among other reasons, petitioner has not attempted to show that he is a bona fide tenant entitled to protection under federal law. *See* Protecting Tenants at Foreclosure Act of 2009, Pub. L. No. 111-22, § 702, 123 Stat. 1632, 1660-61 (defining "bona fide lease or tenancy" in a way that, based upon

17-08907

petitioner's supporting documents, precludes petitioner from protection under the Act). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Elliott A. Sattler, District Judge
Terry J. Thomas
Walsh, Baker & Rosevear, P.C.
Washoe District Court Clerk